UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-4886-DMG (KSx) | Date | October 6, 2023 |

| | |
|---|---|
| Title | *Select Harvest USA, LLC v. Interline Corporation* |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE RE: THIRD-PARTY COMPLAINT DISMISSAL FOR LACK OF PROSECUTION**

    Absent a showing of good cause, a third-party complaint must be dismissed without prejudice if the summons and third-party complaint are not served on a third-party defendant within 90 days after the complaint is filed.  See Fed. R. Civ. P. 4(m).  Generally, third-party defendant must answer the third-party complaint within 21 days after service (60 days if the third-party defendant is the United States).

    In the present case, it appears that these time periods have not been met.  Accordingly, the Court, on its own motion, orders third-party plaintiff(s) to show cause in writing on or before **October 13, 2023** why the third-party complaint should not be dismissed as to defendant RTW Logistics, LLP for lack of prosecution.

    No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a written response on or before the date upon which a response by third-party plaintiff(s) is due.  This third-party complaint will be **dismissed as to defendant RTW Logistics, LLP** if a written response demonstrating good cause is not filed by the date indicated above.